THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVEN BENANAV, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHY PAWS PET INSURANCE LLC,<br><br>Defendant. | Civil Action No. 2:20-cv-00421-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES** |

For the reasons set forth in the stipulated motion submitted by Plaintiff Steven Benanav ("Plaintiff") and Defendant Healthy Paws Pet Insurance LLC ("Healthy Paws") (collectively with Plaintiff, the "Parties"), the Court sets the following deadlines:

- May 14, 2020: Deadline for Healthy Paws to respond to the Complaint
- May 26, 2020: Deadline for FRCP 26(f) Conference
- June 2, 2020: Initial Disclosures Pursuant to FRCP 26(a)(1)
- June 9, 2020: Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f)

DATED this 9th day of April, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES
(2:20-CV-00421-RSM) - 1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

Presented by:

| | |
|---|---|
| /s/ Samuel J. Strauss | /s/ Alicia Cobb |
| Samuel J. Strauss, WSBA #46971 | Alicia Cobb, WSBA #48685 |
| TURKE & STRAUSS LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 936 North 34th Street, Suite 300 | 600 University Street, Suite 2800 |
| Seattle, Washington 98103-8869 | Seattle, Washington 98101-4123 |
| Phone (608) 237-1775 | Phone (206) 905-7000 |
| Fax (608) 509-4423 | Fax (206) 905-7100 |
| | aliciacobb@quinnemanuel.com |
| Stan M. Doerrer (*pro hac vice*) | |
| 950 N. Washington Street | Rick Werder (*pro hac vice forthcoming*) |
| Alexandria, VA 22314 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Phone (703) 348-4646 | 51 Madison Avenue 22nd Floor |
| stan@doerrerlaw.com | New York, New York 10010 |
| LAW OFFICE OF STAN DOERRER PLLC | Phone (212) 849-7000 |
| | Fax (212) 849-7100 |
| Jeffrey D. Kaliel (*pro hac vice pending*) | rickwerder@quinnemanuel.com |
| Sophia Goren Gold (*pro hac vice pending*) | |
| 1875 Connecticut Avenue NW, 10th Floor | *Attorneys for Defendant Healthy Paws Pet Insurance LLC* |
| Washington, D.C. 20009 | |
| Phone (202) 350-4783 | |
| jkaliel@kalielpllc.com | |
| sgold@kalielpllc.com | |
| KALIEL PLLC | |

*Attorneys for Plaintiff*

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES
(2:20-CV-00421-RSM) - 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2020, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED this 8th day of April, 2020.

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES
(2:20-CV-00421-RSM) - 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000