The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVEN BENANAV, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHY PAWS PET INSURANCE LLC,<br><br>Defendant. | Case No. 2:20-cv-00421-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES** |

For the reasons set forth in the stipulated motion submitted by Plaintiff Steven Benanav ("Plaintiff") and Defendant Healthy Paws Pet Insurance LLC ("Healthy Paws") (together with Plaintiff, the "Parties"), the Court sets the following deadlines:

- June 8, 2020:  Deadline for Plaintiff to file an amended complaint.
- July 1, 2020:  Deadline for Healthy Paws' response to Plaintiff's amended complaint.
- July 2, 2020:  Deadline for Initial Disclosures pursuant to FRCP 26(a)(1).
- July 9, 2020:  Deadline for Combined Joint Status Report and Discovery Plan pursuant to FRCP 26(f) and Local Civil Rule 26(f).

Dated this 3rd day of June, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Stipulated Motion to Extend Deadlines
(2:20-cv-00421-RSM)

TURKE & STRAUSS, LLP
613 Williamson Street #201
Madison, WI 53703
608.237.1775

Presented by

| | |
|---|---|
| */s/ Samuel J. Strauss* | */s/ Alicia Cobb* |
| Samuel J. Strauss, WSBA #46971 | Alicia Cobb, WSBA #48685 |
| TURKE & STRAUSS LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 936 North 34th Street, Suite 300 | 600 University Street, Suite 2800 |
| Seattle, Washington 98103-8869 | Seattle, Washington 98101-4123 |
| Phone (608) 237-1775 | Phone (206) 905-7000 |
| Fax (608) 509-4423 | Fax (206) 905-7100 |
| | aliciacobb@quinnemanuel.com |
| Stan M. Doerrer (*pro hac vice*) | |
| 950 N. Washington Street | Richard I. Werder, Jr. (*pro hac vice*) |
| Alexandria, VA 22314 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Phone (703) 348-4646 | 51 Madison Avenue |
| stan@doerrerlaw.com | New York, New York 10010 |
| LAW OFFICE OF STAN DOERRER PLLC | Phone (212) 849-7231 |
| | Fax (212) 849-7100 |
| Jeffrey D. Kaliel (*pro hac vice pending*) | rickwerder@quinnemanuel.com |
| Sophia Goren Gold (*pro hac vice pending*) | |
| 1875 Connecticut Avenue NW, 10th Floor | Stephen A. Broome (*pro hac vice*) |
| Washington, D.C. 20009 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Phone (202) 350-4783 | 865 S. Figueroa St., 10th Floor |
| jkaliel@kalielpllc.com | Los Angeles, California 90017 |
| sgold@kalielpllc.com | Phone (213) 443-3285 |
| KALIEL PLLC | Fax (213) 443-3100 |
| | sb@quinnemanuel.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant Healthy Paws Pet Insurance LLC* |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES
(2:20-CV-00421-RSM) - 2

TURKE & STRAUSS, LLP
613 Williamson Street #201
Madison, WI 53703
608.237.1775

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2020 I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

                                          /s/ Samuel J. Strauss
                                          Samul J. Strauss, WSBA #46971

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES
(2:20-CV-00421-RSM) - 3

TURKE & STRAUSS, LLP
613 Williamson Street #201
Madison, WI 53703
608.237.1775