THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVEN BENANAV, MONICA KOWALSKI, and KATHERINE THOMAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHY PAWS PET INSURANCE LLC,<br><br>Defendant. | Civil Action No. 2:20-cv-00421-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES** |

For the reasons set forth in the stipulated motion submitted by Plaintiffs Steven Benanav, Monica Kowalski, and Katherine Thomas ("Plaintiffs") and Defendant Healthy Paws Pet Insurance LLC ("Healthy Paws") (collectively with Plaintiffs, the "Parties"), the Court sets the following deadlines:

- July 15, 2020: Deadline for Healthy Paws' response to Plaintiffs' Amended Complaint.

- July 16, 2020: Deadline for Initial Disclosures pursuant to FRCP 26(a)(1).

- July 23, 2020: Deadline for Combined Joint Status Report and Discovery Plan pursuant to FRCP 26(f) and Local Civil Rule 26(f).

- August 12, 2020: If Healthy Paws files a Motion to Dismiss Plaintiffs' Amended Complaint, deadline for Plaintiffs' Opposition to Healthy Paws' Motion to Dismiss.

- August 28, 2020: If Healthy Paws files a Motion to Dismiss Plaintiffs' Amended Complaint, deadline for Healthy Paws' Reply in Further Support of Healthy Paws' Motion to Dismiss.

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES
(2:20-cv-00421-RSM)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

Dated this 22nd day of June, 2020.

                               RICARDO S. MARTINEZ
                               CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES
(2:20-cv-00421-RSM) - 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

Presented by:

| | |
|---|---|
| */s/ Samuel J. Strauss* | */s/ Alicia Cobb* |
| Samuel J. Strauss, WSBA #46971 | Alicia Cobb, WSBA #48685 |
| TURKE & STRAUSS LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 936 North 34th Street, Suite 300 | 600 University Street, Suite 2800 |
| Seattle, Washington 98103-8869 | Seattle, Washington 98101-4123 |
| Phone (608) 237-1775 | Phone (206) 905-7000 |
| Fax (608) 509-4423 | Fax (206) 905-7100 |
| | aliciacobb@quinnemanuel.com |
| Stan M. Doerrer (*pro hac vice*) | |
| 950 N. Washington Street | Richard I. Werder, Jr. (*pro hac vice*) |
| Alexandria, VA 22314 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Phone (703) 348-4646 | 51 Madison Avenue |
| stan@doerrerlaw.com | New York, New York 10010 |
| LAW OFFICE OF STAN DOERRER PLLC | Phone (212) 849-7231 |
| | Fax (212) 849-7100 |
| Jeffrey D. Kaliel (*pro hac vice*) | rickwerder@quinnemanuel.com |
| Sophia Goren Gold (*pro hac vice*) | |
| 1875 Connecticut Avenue NW, 10th Floor | Stephen A. Broome (*pro hac vice*) |
| Washington, D.C. 20009 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Phone (202) 350-4783 | 865 S. Figueroa St., 10th Floor |
| jkaliel@kalielpllc.com | Los Angeles, California 90017 |
| sgold@kalielpllc.com | Phone (213) 443-3285 |
| KALIEL PLLC | Fax (213) 443-3100 |
| | sb@quinnemanuel.com |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Defendant Healthy Paws Pet Insurance LLC* |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES
(2:20-cv-00421-RSM) - 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2020, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED this 19th day of June, 2020.

/s/ Alicia Cobb
Alicia Cobb, WSBA #48685

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES
(2:20-cv-00421-RSM) - 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000