THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STEVEN BENANAV, on behalf of himself and all others similarly situated, et. al. | Case No. 2:20-cv-00421-RSM |
| Plaintiffs, | **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES** |
| vs. | |
| HEALTHY PAWS PET INSURANCE LLC, | |
| Defendant. | |

For the reasons set forth in the stipulated motion submitted by Plaintiffs Steven Benanav, Monica Kowalski and Katherine Thomas ("Plaintiffs") and Defendant Healthy Paws Pet Insurance LLC ("Healthy Paws") (together with Plaintiffs, the "Parties"), the Court sets Plaintiffs' deadline to file their Second Amended Complaint as November 23, 2020.

Dated this 10th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by

/s/ Samuel J. Strauss

Samuel J. Strauss, WSBA #46971
TURKE & STRAUSS LLP
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Phone (608) 237-1775
Fax (608) 509-4423

Stan M. Doerrer (*pro hac vice*)
950 N. Washington Street
Alexandria, VA 22314
Phone (703) 348-4646
stan@doerrerlaw.com
LAW OFFICE OF STAN DOERRER PLLC

Jeffrey D. Kaliel (*pro hac vice*)
Sophia Goren Gold (*pro hac vice*)
1875 Connecticut Avenue NW, 10th Floor
Washington, D.C. 20009
Phone (202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com
KALIEL PLLC

*Attorneys for Plaintiffs*

/s/ Alicia Cobb

Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Richard I. Werder, Jr. (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Phone (212) 849-7231
Fax (212) 849-7100
rickwerder@quinnemanuel.com

Stephen A. Broome (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
sb@quinnemanuel.com

*Attorneys for Defendant Healthy Paws Pet
Insurance LLC*

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINES
(2:20-CV-00421-RSM) - 2

TURKE & STRAUSS, LLP
613 Williamson Street #201
Madison, WI 53703
608.237.1775

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2020 I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

_/s/_ Samuel J. Strauss
Samul J. Strauss, WSBA #46971

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINES
(2:20-CV-00421-RSM) - 3

TURKE & STRAUSS, LLP
613 Williamson Street #201
Madison, WI 53703
608.237.1775