THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVEN BENANAV, BRYAN GAGE, MONICA KOWALSKI, LINDSAY PURVEY, STEPHANIE CAUGHLIN, and KATHERINE THOMAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHY PAWS PET INSURANCE LLC,<br><br>Defendant. | Civil Action No. 2:20-cv-00421-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES** |

For the reasons set forth in the stipulated motion submitted by Plaintiffs Steven Benanav, Bryan Gage, Monica Kowalski, Lindsay Purvey, Stephanie Caughlin, and Katherine Thomas ("Plaintiffs") and Defendant Healthy Paws Pet Insurance LLC ("Healthy Paws") (collectively with Plaintiffs, the "Parties"), the Court sets the following deadlines:

- December 23, 2020: Deadline for Healthy Paws' response to Plaintiffs' Second Amended Class Action Complaint ("SAC").

- January 28, 2021: If Healthy Paws files a Motion to Dismiss Plaintiffs' SAC, deadline for Plaintiffs' Opposition to Healthy Paws' Motion to Dismiss.

- February 18, 2021: If Healthy Paws files a Motion to Dismiss, deadline for Healthy Paws' Reply in Support of Its Motion to Dismiss.

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES
(2:20-cv-00421-RSM)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

1  Dated this 2nd day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| */s/ Samuel J. Strauss* | */s/ Alicia Cobb* |
| Samuel J. Strauss, WSBA #46971 | Alicia Cobb, WSBA #48685 |
| TURKE & STRAUSS LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 936 North 34th Street, Suite 300 | 600 University Street, Suite 2800 |
| Seattle, Washington 98103-8869 | Seattle, Washington 98101-4123 |
| Phone (608) 237-1775 | Phone (206) 905-7000 |
| Fax (608) 509-4423 | Fax (206) 905-7100 |
| | aliciacobb@quinnemanuel.com |
| Stan M. Doerrer (*pro hac vice*) | |
| 950 N. Washington Street | Richard I. Werder, Jr. (*pro hac vice*) |
| Alexandria, VA 22314 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Phone (703) 348-4646 | 51 Madison Avenue |
| stan@doerrerlaw.com | New York, New York 10010 |
| LAW OFFICE OF STAN DOERRER PLLC | Phone (212) 849-7231 |
| | Fax (212) 849-7100 |
| Jeffrey D. Kaliel (*pro hac vice*) | rickwerder@quinnemanuel.com |
| Sophia Goren Gold (*pro hac vice*) | |
| 1875 Connecticut Avenue NW, 10th Floor | Stephen A. Broome (*pro hac vice*) |
| Washington, D.C. 20009 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Phone (202) 350-4783 | 865 S. Figueroa St., 10th Floor |
| jkaliel@kalielpllc.com | Los Angeles, California 90017 |
| sgold@kalielpllc.com | Phone (213) 443-3285 |
| KALIEL PLLC | Fax (213) 443-3100 |
| | sb@quinnemanuel.com |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Defendant Healthy Paws Pet Insurance LLC* |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES
(2:20-cv-00421-RSM) - 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2020, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED this 1st day of December, 2020.

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES
(2:20-cv-00421-RSM) - 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000