THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN BENANAV, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHY PAWS PET INSURANCE LLC,<br><br>Defendant. | Civil Action No. 2:20-cv-00421-RSM<br><br>**STIPULATED MOTION TO STAY SCHEDULING ORDER**<br><br>NOTING DATE:  April 20, 2020 |

Plaintiffs Steven Benanav, Bryan Gage, Monica Kowalski, Lindsay Purvey, Stephanie Caughlin, and Katherine Thomas ("Plaintiffs") and Defendant Healthy Paws Pet Insurance LLC ("Defendant" or "Healthy Paws") (collectively, the "Parties") hereby jointly move the Court for an order staying the Court's Scheduling Order.

**BACKGROUND FOR THE MOTION**

On July 23, 2020, the Parties filed a Joint Status Report where the Parties agreed that first-party discovery would be stayed pending resolution of Defendant's Motion to Dismiss. Dkt. 33, at 3. The Joint Status Report contained a proposed scheduling order for class certification. *Id.* at 7. The current deadlines for class certification are as follows:

- April 20, 2021: Agreed deadline for fact discovery.
- May 20, 2021: Deadline for Plaintiffs to file motion for class certification.
- August 13, 2021: Opposition to Motion to Certify Class.

STIPULATED MOTION TO EXTEND DEADLINES
CASE NO. 2:20-cv-00421-RSM - 1

**TURKE & STRAUSS LLP**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

1       • September 10, 2021: Reply in Support of Motion to Certify Class.

2 Dkt. 34 (the "Scheduling Order").

3     On December 23, 2020, Defendant filed a Motion to Dismiss Plaintiffs' Second
4 Amended Complaint and a Motion to Strike Plaintiffs' Nationwide Class Allegations (Dkt. 49
5 and Dkt. 52) (the "Motions"). Plaintiffs filed an Opposition to the Motions on January 28, 2021.
6 Dkt. 56. Defendant filed a Reply in Support of the Motions on February 17, 2021. Dkt. 57. The
7 Court has yet to rule on Defendant's Motions.

8     In light of Defendant's pending Motions, the Parties believe it would be most efficient to
9 stay the current Scheduling Order and submit a proposed modified scheduling order within seven
10 days of the Court's ruling on Defendant's Motions.

11     WHEREFORE, the Parties respectfully request an Order staying the Scheduling Order
12 and permit the parties to submit a proposed order modifying the Court's Scheduling Order within
13 seven days of the Court's order on Defendant's Motions.

14     DATED April 20, 2021.

STIPULATED MOTION TO EXTEND DEADLINES
CASE NO. 2:20-cv-00421-RSM - 2

**TURKE & STRAUSS LLP**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

| | |
|---|---|
| */s/ Samuel J. Strauss* | */s/ Alicia Cobb* |
| Samuel J. Strauss, WSBA #46971 | Alicia Cobb, WSBA #48685 |
| TURKE & STRAUSS LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 936 North 34th Street, Suite 300 | 1109 First Avenue, Suite 210 |
| Seattle, Washington 98103-8869 | Seattle, Washington 98101-4123 |
| Phone (608) 237-1775 | Phone (206) 905-7000 |
| Fax (608) 509-4423 | Fax (206) 905-7100 |
| | aliciacobb@quinnemanuel.com |
| Stan M. Doerrer (*pro hac vice*) | |
| LAW OFFICE OF STAN DOERRER PLLC | Stephen A. Broome (*pro hac vice*) |
| 950 N. Washington Street | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Alexandria, VA 22314 | 865 S. Figueroa St., 10th Floor |
| Phone (703) 348-4646 | Los Angeles, California 90017 |
| stan@doerrerlaw.com | Phone (213) 443-3285 |
| | Fax (213) 443-3100 |
| Jeffrey D. Kaliel (*pro hac vice pending*) | sb@quinnemanuel.com |
| Sophia Goren Gold (*pro hac vice pending*) | |
| KALIEL PLLC | Richard I. Werder (*pro hac vice*) |
| 1875 Connecticut Avenue NW, 10th Floor | Robert Longtin (*pro hac vice*) |
| Washington, D.C. 20009 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Phone (202) 350-4783 | 51 Madison Avenue 22nd Floor |
| jkaliel@kalielpllc.com | New York, New York 10010 |
| sgold@kalielpllc.com | Phone (212) 849-7000 |
| | Fax (212) 849-7100 |
| *Attorneys for Plaintiff* | rickwerder@quinnemanuel.com |
| | *Attorneys for Defendant Healthy Paws Pet Insurance LLC* |

IT IS SO ORDERED.

DATED this 20th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND DEADLINES
CASE NO. 2:20-cv-00421-RSM - 3

**TURKE & STRAUSS LLP**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2021 I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED this April 20, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Samuel J. Strauss
　　　　　　　　　　　　　　　　　　　　　　　　Samuel J. Strauss, WSBA #46971

STIPULATED MOTION TO EXTEND DEADLINES
CASE NO. 2:20-cv-00421-RSM - 4

**TURKE & STRAUSS LLP**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com