THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN BENANAV, BRYAN GAGE, MONICA KOWALSKI, LINDSAY PURVEY, STEPHANIE CAUGHLIN, and KATHERINE THOMAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEALTHY PAWS PET INSURANCE LLC,<br><br>Defendant. | Civil Action No. 2:20-cv-00421-RSM<br><br>**STIPULATED MOTION TO MODIFY SCHEDULING ORDER**<br><br>NOTING DATE:  September 30, 2021 |

Plaintiffs Steven Benanav, Bryan Gage, Monica Kowalski, Lindsay Purvey, Stephanie Caughlin, and Katherine Thomas ("Plaintiffs") and Defendant Healthy Paws Pet Insurance LLC ("Healthy Paws") (collectively, the "Parties") hereby jointly move the Court for an order modifying the Court's Scheduling Order.

**BACKGROUND FOR THE MOTION**

On July 23, 2020, the Parties filed a Joint Status Report and Discovery Plan, in which they proposed an agreed-upon case schedule [Doc. No. 33], and on July 27, 2020, this Court entered an order setting that schedule [Doc. No. 34].  On April 20, 2021, the Parties filed a Stipulated Motion and [Proposed] Order to Stay the Scheduling Order, pending the ruling on Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint and Defendant's Motion to Strike Plaintiff's Nationwide Class Allegations, and agreeing to submit a proposed order modifying the case schedule within seven days of the Court's ruling on Defendant's Motions. Doc. No. 61. The Court

STIPULATED MOTION TO MODIFY SCHEDULING ORDER
(2:20-CV-00421-RSM) - 1

TURKE & STRAUSS, LLP
613 Williamson Street #201
Madison, WI 53703
608.237.1775

03597-00005/12980350.1

1  entered the Parties' Proposed Order that same day. Doc. No. 62. On September 23, 2021, the Court
2  entered an Order Granting in Part and Denying in Part Defendant's Motions. Doc No. 63.
3    The Parties have met and conferred regarding a modification of the Court's Scheduling
4  Order and have agreed on the following modified schedule:

| | |
|---|---|
| Last day by which to add any necessary parties | 30 days after Defendant files Answer |
| Close of Fact Discovery | June 30, 2022 |
| Deadline for Plaintiffs to file Motion for Class Certification and Class Certification Expert Reports | July 22, 2022 |
| Deadline for Defendant to file Opposition to Motion for Class Certification and Class Certification Expert Reports; Deadline for Defendant to Complete Deposition of Plaintiffs' Class Certification Experts | September 23, 2022 |
| Deadline for Plaintiffs to file Reply in Support of Motion for Class Certification; Deadline for Plaintiffs to Complete Deposition of Defendant's Class Certification Experts | October 21, 2022 |
| All Parties' *Daubert* Motions as to Class Certification Experts | November 15, 2022 |
| All Parties' Oppositions to *Daubert* Motions as to Class Certification Experts | December 6, 2022 |
| All Parties' Replies to *Daubert* Motions as to Class Certification Experts | December 22, 2022 |
| Hearing on Motion for Class Certification | To be set by the Court |

   WHEREFORE, the Parties respectfully request an Order modifying the current case

STIPULATED MOTION TO MODIFY SCHEDULING ORDER
(2:20-CV-00421-RSM) - 2

TURKE & STRAUSS, LLP
613 Williamson Street #201
Madison, WI 53703
608.237.1775

03597-00005/12980350.1

1  deadlines as described herein.

2

3      DATED September 30, 2021

4

5

6  /s/ Samuel J. Strauss  
Samuel J. Strauss, WSBA #46971  
936 North 34th Street, Suite 300  
Seattle, Washington 98103-8869  
Phone (608) 237-1775  
Fax (608) 509-4423  

Stan M. Doerrer (*pro hac vice*)  
950 N. Washington Street  
Alexandria, VA 22314  
Phone (703) 348-4646  
stan@doerrerlaw.com  
LAW OFFICE OF STAN DOERRER PLLC  

Jeffrey D. Kaliel (*pro hac vice*)  
Sophia Goren Gold (*pro hac vice*)  
1875 Connecticut Avenue NW, 10th Floor  
Washington, D.C. 20009  
Phone (202) 350-4783  
jkaliel@kalielpllc.com  
sgold@kalielpllc.com  
KALIEL PLLC  

*Attorneys for Plaintiffs*

/s/ Alicia Cobb  
Alicia Cobb, WSBA #48685  
QUINN EMANUEL URQUHART &  
SULLIVAN, LLP  
1109 First Avenue, Suite 210  
Seattle, Washington 98101  
Phone (206) 905-7000  
Fax (206) 905-7100  
aliciacobb@quinnemanuel.com  

Stephen A. Broome (*pro hac vice*)  
Justin C. Griffin (*pro hac vice pending*)  
QUINN EMANUEL URQUHART &  
SULLIVAN, LLP  
865 S. Figueroa St., 10th Floor  
Los Angeles, California 90017  
Phone (213) 443-3285  
Fax (213) 443-3100  
sb@quinnemanuel.com  

Rick Werder (*pro hac vice*)  
Robert Longtin (*pro hac vice*)  
QUINN EMANUEL URQUHART &  
SULLIVAN, LLP  
51 Madison Avenue 22nd Floor  
New York, New York 10010  
Phone (212) 849-7000  
Fax (212) 849-7100  
rickwerder@quinnemanuel.com  

*Attorneys for Defendant Healthy Paws Pet Insurance LLC*

STIPULATED MOTION TO MODIFY SCHEDULING ORDER  
(2:20-CV-00421-RSM) - 3  

03597-00005/12980350.1

TURKE & STRAUSS, LLP  
613 Williamson Street #201  
Madison, WI 53703  
608.237.1775

IT IS SO ORDERED.

DATED this 1st day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO MODIFY SCHEDULING ORDER
(2:20-CV-00421-RSM) - 4

TURKE & STRAUSS, LLP
613 Williamson Street #201
Madison, WI 53703
608.237.1775

03597-00005/12980350.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2021, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED this 30th day of September 2021.

                                              /s/ Samuel J. Strauss

                                             Samuel J. Strauss, WSBA #46971

STIPULATED MOTION TO MODIFY SCHEDULING ORDER
(2:20-CV-00421-RSM) - 5

TURKE & STRAUSS, LLP
613 Williamson Street #201
Madison, WI 53703
608.237.1775

03597-00005/12980350.1