The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVEN BENANAV, BRYAN GAGE, MONICA KOWALSKI, LINDSAY PURVEY, STEPHANIE CAUGHLIN, and KATHERINE THOMAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEALTHY PAWS PET INSURANCE LLC,<br><br>Defendant. | Civil Action No. 2:20-cv-00421-RSM<br><br>**STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>NOTING DATE:  November 12, 2021 |

Defendant Healthy Paws Pet Insurance LLC ("Healthy Paws") and Plaintiffs Steven Benanav, Bryan Gage, Monica Kowalski, Lindsay Purvey, Stephanie Caughlin, and Katherine Thomas ("Plaintiffs") (collectively with Defendant, the "Parties") hereby jointly move the Court for an order extending the deadline for Healthy Paws to respond to Plaintiffs' Third Amended Class Action Complaint.

On October 25, 2021, Plaintiffs filed their Third Amended Class Action Complaint (Dkt. 70).  Healthy Paws' deadline to respond is currently November 15, 2021. (Dkt. 72).  In order to provide Healthy Paws sufficient time to respond, the Parties have agreed to extend this deadline to November 19, 2021.

Now, the Parties jointly ask the Court to extend Healthy Paws' deadline to respond to Plaintiffs' Third Amended Class Action Complaint until November 19, 2021.

STIP. MOT. TO EXTEND DEADLINE
CASE NO. 2:20-CV-00421-RSM

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

WHEREFORE, the Parties respectfully request an Order modifying the current case deadlines as described herein.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED November 18, 2021.

/s/ Samuel J. Strauss
Samuel J. Strauss, WSBA #46971
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Phone (608) 237-1775
Fax (608) 509-4423
TURKE & STRAUSS LLP

Raina Borrelli (*pro hac vice*)
613 Williamson St., Suite 201
Madison, Wisconsin 53703
Phone (608) 237-1775
raina@turkestrauss.com
TURKE & STRAUSS LLP

Stan M. Doerrer (*pro hac vice*)
950 N. Washington Street
Alexandria, VA 22314
Phone (703) 348-4646
stan@doerrerlaw.com
LAW OFFICE OF STAN DOERRER PLLC

Jeffrey D. Kaliel (*pro hac vice*)
Sophia Goren Gold (*pro hac vice*)
1875 Connecticut Avenue NW, 10th Floor
Washington, D.C. 20009
Phone (202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com
KALIEL PLLC

*Attorneys for Plaintiffs*

/s/ Alicia Cobb
Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Richard I. Werder, Jr. (*pro hac vice*)
Robert Longtin (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Phone (212) 849-7231
Fax (212) 849-7100
rickwerder@quinnemanuel.com

Stephen A. Broome (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
sb@quinnemanuel.com

*Attorneys for Defendant Healthy Paws Pet Insurance LLC*

Stip. Mot. to Extend Deadline
Case No. 2:20-cv-00421-RSM - 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

1  IT IS SO ORDERED.

2  DATED this 18th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIP. MOT. TO EXTEND DEADLINE
CASE NO. 2:20-CV-00421-RSM - 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2021, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED November 18, 2021.

/s/ Alicia Cobb
Alicia Cobb, WSBA #48685

STIP. MOT. TO EXTEND DEADLINE
CASE NO. 2:20-CV-00421-RSM - 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000