UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN BENANAV, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>HEALTHY PAWS PET INSURANCE LLC,<br><br>　　　　　　　　Defendant. | CASE NO. 20-00421-LK<br><br>ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE AMENDED ANSWER |

　　　　This matter came before the Court on the parties' stipulated motion for leave to file an amended answer. Dkt. No. 83. Plaintiffs have agreed that Defendant can file its proposed amended answer currently at Docket Entry No. 83-1. The parties' submission complies with the standards and requirements in Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15, and leave to amend is freely granted when justice so requires.

　　　　Accordingly, the Court GRANTS the stipulated motion to file an amended answer. Dkt. No. 83. Defendant shall file its amended answer within 14 days of the date of this order.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 11th day of February, 2022.

*Lauren King*

Lauren King
United States District Judge