HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN BENANAV, BRYAN GAGE, MONICA KOWALSKI, LINDSAY PURVEY, STEPHANIE CAUGHLIN, and KATHERINE THOMAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEALTHY PAWS PET INSURANCE LLC,<br><br>Defendant. | No. 2:20-cv-00421-LK<br><br>**SECOND AMENDED FED. R. CIV. P. 7.1 STATEMENT OF DEFENDANT HEALTHY PAWS** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Healthy Paws Health Insurance LLC ("Healthy Paws") states that Healthy Paws is a 100% wholly-owned subsidiary of Affinity Insurance Services, Inc. Affinity Insurance Services, Inc.'s ultimate parent company is Aon plc. Healthy Paws is a limited liability company incorporated in Washington and does not have members (or partners) aside from its 100% owner, and sole member, Affinity Insurance Services, Inc. Healthy Paws is a citizen of Washington; Affinity Insurance Services, Inc. is a citizen of Pennsylvania and Illinois; and Aon plc is a citizen of Ireland.

HEALTHY PAWS' 2ND AMENDED FED. R. CIV. P. 7.1 STATEMENT.
Case No. 2:20-cv-00421-LK

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

1    DATED:  December 22, 2023      QUINN EMANUEL URQUHART & SULLIVAN, LLP

2

3                            /s/ Alicia Cobb
                           Alicia Cobb, WSBA #48685
4                            1109 First Avenue, Suite 210
                           Seattle, Washington 98101
5                            Phone (206) 905-7000
                           Fax (206) 905-7100
6                            aliciacobb@quinnemanuel.com

7                            Stephen A. Broome (*pro hac vice*)
                           Justin C. Griffin (*pro hac vice*)
8                            865 S. Figueroa St., 10th Floor
                           Los Angeles, California 90017
9                            Phone (213) 443-3285
                           Fax (213) 443-3100
10                          stephenbroome@quinnemanuel.com
                         justingriffin@quinnemanuel.com
11

12                          Rick Werder (*pro hac vice*)
                         Robert Longtin (*pro hac vice*)
13                          51 Madison Avenue 22nd Floor
                         New York, New York 10010
14                          Phone (212) 849-7000
                         Fax (212) 849-7100
15                          rickwerder@quinnemanuel.com
                         robertlongtin@quinnemanuel.com

16                          Cristina Henriquez (*pro hac vice*)
                         555 Twin Dolphin Drive, 5th Floor
17                          Redwood Shores, California 94065
                         Phone (650) 801-5000
18                          Fax (650) 801-5100
                         cristinahenriquez@quinnemanuel.com
19
                         *Attorneys for Defendant Healthy Paws Pet*
20                          *Insurance LLC*

21

22

23

24

25

26

27

28

HEALTHY PAWS' 2ND AMENDED FED. R. CIV.                  QUINN EMANUEL URQUHART & SULLIVAN, LLP
P. 7.1 STATEMENT - 2                                                  1109 FIRST AVENUE, SUITE 210
Case No. 2:20-cv-00421-LK                                         SEATTLE, WASHINGTON 98101
                                                                                                                      Tel: (206) 905-7000

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

DATED: December 22, 2023

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685

HEALTHY PAWS' 2ND AMENDED FED. R. CIV. P. 7.1 STATEMENT - 3
Case No. 2:20-cv-00421-LK

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000