UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN BENANAV, et al.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>HEALTHY PAWS PET INSURANCE LLC,<br><br>　　　　　　　　Defendant. | CASE NO. 2:20-cv-00421-LK<br><br>ORDER STAYING CASE |

　　This matter comes before the Court on the parties' Joint Notice of Settlement and Request to Stay. Dkt. No. 330. The parties state that they have reached a settlement in principle and "request that the Court stay all case deadlines for 30 days to allow the parties to finalize their settlement and submit a dismissal of this action." *Id.* at 1.

　　"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936). The Court "may order a stay of the action pursuant to its power to control its docket and calendar and to provide

ORDER STAYING CASE - 1

for a just determination of the cases pending before it." *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 864 (9th Cir. 1979).

In considering whether to grant a stay, courts consider several factors, including:

> the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay.

*CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). Here, it does not appear that any damage will result from the requested stay or that any questions of law will arise as a result of a stay. In addition, granting a stay will promote the orderly course of justice and preserve the parties' and the Court's resources.

For the foregoing reasons, the Court GRANTS the parties' joint request to stay, Dkt. No. 330, and STAYS these proceedings for 30 days. Within 30 days of the date of this Order, the parties must submit their dismissal paperwork or a joint status report explaining the status of the matter and requesting additional time to perfect the settlement if needed.

Dated this 30th day of September, 2024.

Lauren King
United States District Judge